IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3017 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCE PEGUES, | ) | ORDER RESCHEDULING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the revocation hearing for the defendant, Lance Pegues, is rescheduled and shall commence at 12:15 p.m.on April 17, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for said hearing.

    DATED this 4th day of April, 2006.

                                        BY THE COURT:

                                        s/ Warren K. Urbom
                                        Senior United States District Judge