IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3017 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCE PEGUES, | ) | ORDER ON ORAL MOTION TO |
| | ) | CONTINUE REVOCATION HEARING |
| Defendant. | ) | |
| | ) | |

    Counsel for the defendant orally requests a continuance in the revocation hearing, because of a scheduling conflict. The government has no objection,

    IT IS ORDERED that:

1. the oral motion to continue revocation hearing is granted;:

2. the revocation hearing is rescheduled and shall commence at 12:15 p.m. on April 26, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for said hearing.

Dated April 17, 2006.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge